BINDRIM et al., Respondents, v. ULLRICH et al., Respondents (GROUT, Appellant). (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by

George F. Bindrim and another against Barbara Ullrich and others. No opinion. Motion to resettle order granted. See 72 N. Y. Supp. 239.